15192.   HERRINGTON *v.* AMERICAN AGRICULTURAL CHEMICAL CO.

BLOODWORTH, J.   Under the pleadings and the facts of this case the judge did not err in directing a verdict for the plaintiff.

> *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
>
> DECIDED MARCH 6, 1924.

Complaint; from city court of Waynesboro—Judge W. H. Davis. October 23, 1923.

*E. V. Heath,* for plaintiff in error.

*H. C. Hatcher, E. A. Neely,* contra.

---

15193, 15194.   BARRETT *v.* THE STATE (two cases).

PER CURIAM.   In each of these cases (in one of which the defendant was convicted of making intoxicating liquor, and in the other of possessing such liquor) the evidence amply authorized the conviction.  The still was found in his hog lot and within a short distance from his house, and had been operated there for several months.  The jury had a right to disbelieve the defendant's statement, and, with his statement excluded, the conviction was demanded.

> *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

BLOODWORTH, J., dissenting.  The evidence upon which the State relies for a conviction in these cases is entirely circumstantial, and in neither of them is it sufficient to exclude every reasonable hypothesis save that of the guilt of the accused.

> DECIDED MARCH 6, 1924.

Indictments for violation of prohibition law; from Floyd superior court—Judge Wright.   November 1, 1923.

*Harris & Harris,* for plaintiff in error.

*E. S. Taylor, solicitor-general,* contra.